**Order entered August 26, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00587-CV

**TAMMY DENISE ELLIS, Appellant**

**V.**

**JOSEPH DALE ELLIS, Appellee**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-02815**

## ORDER

Before the Court is appellant's August 23, 2019 motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 18, 2019.

We note the motion does not contain a certificate of conference as required by Texas Rule of Appellate Procedure 10.1(a)(5). *See* TEX. R. APP. P. 10.1(a)(5). We caution appellant that any further motions shall comply with the conference requirement.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE